Republic Industries - Claims Management Response
Liberty Mutual - National Accounts

# WC Claims Management Minimum Customer Requirements

## 1. Lost Time Case Management

- **Three point contact on lost time cases will include:**

    Employee- 24 hour/One working day
    supervisor and doctor within 48 hours/2 working days

    **Employee:** Verify description of accident and medical/disability status with names of medical providers
    Document all attempts to make contact. If employee contact is needed to make a determination of compensability and they cannot be reached, the local employer contact should be notified.

    **Employer:** EE's supervision, unless otherwise directed by Republic. Verify description of accident, course of employment, injury, disability status, RTW possibilities. Confirm accuracy of wages as per the Employers First Report of Injury. Document any other information as appropriate.

    **Doctor:** History of injury, diagnosis, prognosis, confirm work abilities and advise physician of modified duty availability so that the employee can return to work as quickly as medically possible. Initial Contact to Medical Provider by Case handler unless office is a designated Model Office with a Short Duration Unit.

- **Ongoing contacts:**

    File must reflect appropriate ongoing communication with all parties.

    Employee: Prior to releasing initial TTD/wage loss benefits, contact must be made to the employer for RTW implementation and the medical provider for work status. Ongoing contact should be maintained as appropriate to the circumstances of the claim.

    Physician: Contact should be made with the treating physician and documented at intervals appropriate to the circumstances, to include: changes in diagnosis, treatment intervals, complicating factors or

June 26, 1998
Page 1

LM-001100

attitudes, awareness of modified duty, specific impairment and expected RTW date.

## 2. Investigation

- **Lost time cases**

Employee's recorded statement should be obtained in the event of questionable compensability, cumulative trauma, surgical intervention, drastic change in severity and extent of the injury, multiple claims, unwitnessed injuries, employment less than 6 months, and claims where an occurrence vs. accident has taken place. Reasons for departure from this goal should be clearly documented.

In all cases where there is a question of compensability, statements should be taken from the supervisor, but the decision to take a recorded statement will be left to the discretion of the case manager and that decision should follow good claims judgment and should be explained in the file.

When needed to determine compensability, required investigations are to be completed before first payment is issued. Any deviation must be documented.

The Republic Corporate Claims Department must be contacted prior to claim denials.

On-site investigations are to be conducted on agreed upon catastrophic accidents. In the event of a "cat" claim, Republic's WC claim manager is to be contacted as soon as possible and a plan of action will be agreed upon.

- **Subrogation / Second Injury Fund / Apportionment**

All cases involving possible third party recovery or an offset are to be documented to the file  Third Party Free Form, investigated and pursued. Judgment must be used to determine the extent of investigation based on potential recovery. The administrator must keep in mind Republic's relations with its customers in many instances. Republic Risk Management staff will be notified as soon as possible of any case involving potential subrogation.

3. Activity Checks / Surveillance

- Authority must be secured from Republic's WC Department prior to assigning any activity checks or surveillance when fraud is suspected, suspicious behaviors is reported by the doctor, co-employees, third parties or when medical information does not coincide with the claimant's reported activity.

- Annual face to face visits are to be made with benefit recipients in fatal and total permanency cases.

- Assignments should be made in writing when practical. To increase the potential for significant findings, all assignments, whether written or verbal, should provide the investigator with a description of the claimant, information on his/her habits, the reason for the request, the number of hours to work and any other pertinent information.

4. Medical Management

- Administrator must work with local contacts and local personnel to establish a panel of preferred primary physicians, clinics, hospitals and physicians ( ortho, neuro, etc.) based on Republic's exposure history. This is to be done in all jurisdictions, except where statutorily prohibited

- Administrator must arrange and control inside/outside medical management services including:

    prospective utilization approval
    large case management
    rehabilitation services

- Administrator must analyze diagnosis against objective findings.

- Rehabilitation: A medical management / rehabilitation firm should be considered for assignment on all cases where lost time will exceed two

weeks. Designated Republic representative must be informed when a referral has been made.

- Independent Medical Examinations will be considered and discussed if the diagnosis does not match criteria, proposed disability duration is significantly longer than guidelines or treatment does not match criteria.

- All requests for IME's will be forwarded in writing to the physician. It will explain the reasons for the exam and when appropriate, advise the doctor of how the results will be used. The administrator will make contact with the employee prior to the exam and explain the process and confirm attendance. If an appointment is missed, a follow up appointment will be set up as soon as possible after knowledge on non-attendance.

## 5. Return to Work

- Republic is committed to returning employees to work as quickly as medically and operationally possible and looks for Administrator to be creative and persistent in assisting in this area. The case manager will work closely with the local entities Republic's WC supervisor to assure all reasonable steps are taken to implement modified RTW.

- An action plan with target dates for RTW and other issues identified will be completed and recorded in the file within the first seven days of assignments or prior to the first payment, which ever comes first.

- If the local entity is unable to provide a modified duty position, then immediately contact Republics WC Manager via Email and/or telephone.

- The administrator must become familiar with Republic's job functions and communicate this information to the treating physician.

## 6. Litigation Management

* Republic reserves the right to select defense counsel.

- Prior to assigning and claim to a law firm, call or e-mail Republic's WC manager with counsel recommendation. The WC manager will provide you with the attorney he wishes to use, or will agree to your recommendation.

- Prior to assigning a claim to a law firm, the adjuster should outline the outstanding issues as well as the reason for referral in the Third Party free form screen.

- Defense strategies for fraud, third party action over actions, etc. should be identified in a timely manner and a plan for managing the case should be clearly documented to the file. Discussion is to be initiated with the Risk Management Department if any of the above situations arise.

- All cases assigned to outside counsel will be transmitted in writing. The administrator is responsible for providing counsel with the scope of service, providing directions as to how the case is to proceed when possible, advising the attorney of Republic's RTW policy and assuring that the case is not abandoned to counsel.

- The decision regarding defense or payment of a claim should be made as soon as possible. The administrator should strive for early settlement of claims and adverse liability.

## 7. Team managers role

Claim supervisors role is defined and outlined in our QCM.

Per QCM Guidelines-CST the Team Manager is charged with the following:

Criteria for formal review:
On a prospective basis, all open claims at:
- 90 days from the assigned date
- every 180 days from he date of the initial formal review, until the claim closes.
- all cases that are pended for a 26 week payment which did not have a prior QCM note.

Criteria for the exception review:
All claims as defined as:

- coverage questions pending.
- increase in LCE/ECE exceeding $50,000.
- removal to regular.

**Republic Industries - Claims Management Response**
**Liberty Mutual - National Accounts**

- suspicious case investigation
- unusual or sensitive situations
- controverted cases

## 8. Settlements

Republic defines settlement as any PPD payment including advances and indemnity paid pursuant to impairment ratings in Texas.

- Republic's WC supervisor must be consulted via telephone of all proposed settlements up to $10,000 as soon as possible prior to settlement.

- A written request for settlement authority must be sent to the WC supervisor on all cases over $10,000 prior to initiation of settlement negotiations. The request will include:

    *1. Claim number, DOI, name, job, years of service.*

    1. injury description
    2. objective findings
    3. lost time weeks
    4. final diagnosis and prognosis
    5. current employment status
    6. attorney involvement
    7. PPD exposure amount
    8. calculation / formula for PPD settlement
    9. financials for indemnity, medical and allocated loss expense ( paid and reserves)
    10. claim number, DOI, name, job, years of service
    11. recovery potential of any subrogation or second injury fund filing

June 26, 1998
Page 6

LM-001105

9. Reserves

- Reserves are to be set on a probable ultimate cost basis, with the initial reserve set within 10 business days of receipt of the claim

- Electronic worksheets are to be used in calculating reserves. They are accessible through the ARC screen.

- Josie Ray must receive _either_ telephone notification _or_ E-mail notification of any initial reserve or reserve adjustment greater than $20,000 within one working day of the reserve posting or as soon as possible, until such time as the process becomes automated. Dwight Garner must receive _either_ telephone notification _or_ E-mail notification of any initial reserve or reserve adjustment greater than $50,000 within one working day of the reserve posting.

- Explanation of reserves will be documented in the ARC screen. Any additional information concerning the reserve change will be outlined in the Supervisory Free Form screen. The explanation should outline the claims handler's train of thought based on factual medical evidence and issues of compensability where applicable.

10. Diary / Plan of Action

- All open indemnity cases will be maintained on an open diary.

- Unless documented, cases should be on a 30 day diary.

- Each open indemnity case must have an action plan in the Supervisory Free form Screen, which provides adequate information to demonstrate how the adjuster intends to move the claim to closure.

- All activity must be documented in the file or the computer. If it is not documented it is understood not to have happened.

- Supervisor's activity must be documented to the file.

11. Administrative

**Republic Industries - Claims Management Response**
**Liberty Mutual – National Accounts**

- Republic expects its files to be handled by a designated unit in each office.

- All state forms must be filed within the required time. Any fines resulting from the fault of the administrator will be paid by the administrator.

- All correspondence must be clearly date stamped with the date of receipt.

- All indemnity cases must be indexed with the CIB within 15 days of receipt and re-indexed every six months until the case is closed.

- Corrections to location code will be processed as soon as possible. Every attempt will be made to complete the correction within 10 days of receipt.

- Medical invoices must be processed within 22 days of receipt.

- Indemnity payments should be made within statutory time frames. Any deviation must be clearly documented and the claimant and the local administrator must be advised.

- We will notify Republic of any change in Case manager

- Should a designated case manager leave the company, Republic's WC Supervisor and AON must be advised of the date of resignation as soon as possible. .

- TPA agrees that unrecoverable overpayments, duplicate payments or unowed payments that are caused by TPA's error will be refunded to Republic.

## 12. Communication / Reviews/ *Audits*

- Republic expects to have considerable ongoing communication and interaction with the cases managers. Republic believes that this is the most effective way to control its' workers compensation costs.

- Any formal file reviews and improvement reviews will be conducted by Republic and or AON, at selected office. Units dedicated to Republic's claims will be audited at least once a year.

- Republic will identify files to be reviewed and provide a list to the TPA at least 30 days in advance of a review in order to give the team time to

prepare the reviews. A wrap up meeting will be held with management staff to identify areas requiring immediate attention. Republic will issue a report of its findings and issues within fifteen business days of the audit. The TPA must respond within fifteen business days with answers to the questions and a plan of action where indicated.

- At a formal review we can make a terminal available for them at the location during their audits in addition to the actual paper file. .

- Informal reviews and or meeting will be arranged on an ad hoc basis, which may generate additional costs as outlined in the contract.

- Republics' intent in conducting the reviews is to insure that their employees are receiving the benefits owed to them, that the files are being managed and that the costs are being minimized. It is not intended to find fault but rather to enhance communication and to develop plans of action.

## 13. Risk Management Information Systems

- System must provide real time access to the claim on financial and claim information

- File documentation note screens must be available for Republic and AON's staff review.

- E-mail and voice mail must be available.

- Free Form or formatted screens must contain information on:

    3 point contact

    reserve explanation ( if not covered in the ARC screen)

    plan of action

    RTW estimation

### 14.    Claim Call- In Center

- Telereporting must be available 24 hours a day, seven days a week, 365 days a year.

- Employer's first report of injury form must be forwarded to the appropriate state commission and to the local entity identified by Republic's WC Supervisor.

## 15. Transition Procedures

* telephonic contact must be made with newly acquired company locations with 2 working days of Helmsman's notification of the contacts ( This commitment should be gauged by the number of contacts that are required - if a large acquisition is made, it may not be physically possible to complete contacts within that time frame. We also must also agree on how these notifications are to be made.)