UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| REPUBLIC SERVICES, INC., <br><br> PLAINTIFF <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY, ET AL., <br><br> DEFENDANTS. | CIVIL ACTION NO. 03-494KSF <br><br> *FILED ELECTRONICALLY* |

### ORDER

This matter having come before the Court on Defendants' Motion for Leave to Amend their Answer to Assert a Counterclaim, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion for Leave to Amend their Answer to Assert a Counterclaim is GRANTED.

2. The Amended Answer and Counterclaim tendered with Defendants' Motion is deemed filed of record; and

3. The Plaintiffs have ten days from the date of this Order to reply to the Counterclaim.

Dated: _____

JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY