UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

Eastern District of Kentucky
FILED

AUG 17 2005

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**REPUBLIC SERVICES, INC.**                **PLAINTIFFS**

v.

CIVIL ACTION NO. 5:03-CV-00494-KSF

<u>**PLAINTIFF, REPUBLIC SERVICES INC.'S NOTICE OF FILING**</u>

**LIBERTY MUTUAL INSURANCE
COMPANY, et al.**                **DEFENDANTS**

\*\*    \*\*    \*\*    \*\*    \*\*

Comes the Plaintiff, Republic Services, Inc., by counsel, and provides notice that it has filed in the record copies of the following materials:

1. Plaintiff, Republic Services Inc.'s FRCP 26(a) Expert Witness Disclosure for Timothy K. Snoddy, with attachment of Mr. Snoddy's report, all exhibits thereto, and his curriculum vitae;

2. Plaintiff, Republic Services Inc.'s FRCP 26(a) Expert Witness Disclosure for Thomas L. Ballard, with attachment of Mr. Ballard's report, all exhibits thereto, and his curriculum vitae;

3. Plaintiff, Republic Services Inc.'s FRCP 26(a) Expert Witness Disclosure for Edgar W. Davenport, with attachment of Mr. Davenport's report, all exhibits thereto, and his curriculum vitae;

4. Plaintiff, Republic Services Inc.'s Supplemental FRCP 26(a) Expert Witness Disclosure for Dr. J. Michael LeVan, with

attachment of Dr. LeVan's supplemental report, all exhibits thereto and his curriculum vitae; and

5. Plaintiff, Republic Services Inc.'s Corrected FRCP 26(a) Expert Witness Disclosure for David W. O'Brien, along with Mr. O'Brien's curriculum vitae.

Respectfully submitted,

*[signature]*

Robert E. Maclin, III, Esq.
Brent L. Caldwell, Esq.
David A. Cohen, Esq.
MCBRAYER, MCGINNIS, LESLIE
& KIRKLAND, PLLC
201 East Main Street, Suite 1000
Lexington, KY 40507-1361
Telephone: (859) 231-8780
ATTORNEYS FOR PLAINTIFF,
REPUBLIC SERVICES, INC.

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing has been served this 17th day of August, 2005, by first class US Mail, postage pre-paid, to the following:

J. Clarke Keller, Esq.
Gregory P. Parsons, Esq.
STITES & HARBISON, PLLC
250 West Main Street, Suite 2300
Lexington, Kentucky 40507
ATTORNEYS FOR DEFENDANTS,
THE LIBERTY COMPANIES

*[signature]*

ATTORNEYS FOR PLAINTIFF,
REPUBLIC SERVICES, INC.

P:\DavidC\Republic\Liberty Mutual\experts\Notice of Filing.doc