

| LIBERTY MUTUAL INSURANCE GROUP | LETTER OF CREDIT & SURETY BOND PLAN |
|---|---|

National Accounts    #6628

## AGREEMENT FOR GUARANTEE OF DEDUCTIBLE REIMBURSEMENT AND PREMIUM PAYMENT

This agreement for guarantee of deductible reimbursement and premium payment ("Agreement") is made and entered into as of 6/30/2000 by and between Liberty Mutual, as defined in ¶1 below, and the Policyholder, as defined in ¶2 below, to guarantee the payment and reimbursement of all of the Policyholder's obligations to Liberty Mutual arising out of or in connection with any and all the following Insurance Policies.

| Policy No. | Insurer |
|---|---|
| WA7-75D-004207-010 | Liberty Mutual Fire Insurance Company |
| WC7-751-004207-020 | Liberty Mutual Fire Insurance Company |

1.  **Liberty Mutual.** The term "Liberty Mutual" means Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, LM Insurance Corporation, or The First Liberty Insurance Corporation, all of which have their principal place of business at 175 Berkeley Street, Boston, Massachusetts. However, regardless of which company has issued an Insurance Policy, this Agreement will be satisfied if all notices and payments are made to:

    Liberty Mutual Insurance Company
    175 Berkeley Street
    Boston, Massachusetts   02117.

2.  **Policyholder.** The term "Policyholder" includes all those listed on any of the above Insurance Policies as a "named insured", and all of them shall be jointly and severally liable for performance of the terms of this Agreement and for the reimbursement of deductible advances made by Liberty Mutual, for the payment of premiums and for all other obligations owing to Liberty Mutual under the Insurance Policies. Any notice required to be sent to the Policyholder shall be in writing and may be sent to the Policyholder at the address set forth below, who will act on behalf of all those listed as a "named insured" on any of the above Insurance Policies, unless the Policyholder and Liberty Mutual agree otherwise in writing.



EXHIBIT 9

LM-001022

Republic Services, Inc.
110 Southeast Sixth Street, 28th Floor
Fort Lauderdale, FL 33301
Attn: Gary Gezzer
Director, Risk Management

3. <u>Endorsements and Filings</u>. Liberty Mutual has issued or will issue to the Policyholder, the policies listed above. With the consent of the Policyholder, Liberty Mutual has attached, or will attach to the policies, certain deductible endorsements. Liberty Mutual has also filed evidence of insurance with appropriate federal and state regulatory agencies, and has issued evidence of insurance to additional parties who require or request it. Liberty Mutual and the Policyholder agree that Liberty Mutual has the right to prompt reimbursement from the Policyholder for any amounts advanced or paid by Liberty Mutual.

4. <u>Deductible Advances and Premiums</u>. Pursuant to the terms of the Insurance Policies, Liberty Mutual may advance any part or all of the deductible amount on behalf of the Policyholder for claims which are the sole and exclusive liability of the Policyholder. Also pursuant to the terms of the Insurance Policies and applicable endorsements, Liberty Mutual may advance any part or all of the ratable incurred losses. The Policyholder agrees to reimburse Liberty Mutual for such payments, and any allocated loss adjustment expenses and costs applicable to such claims. Also pursuant to the terms of the Insurance Policies, adjusted and other premiums may become due from Policyholder to Liberty Mutual from time to time. Failure by the Policyholder to reimburse Liberty Mutual, in the manner, under the circumstances and within the periods prescribed in ¶5 below may be cause for cancellation of the Insurance Policies.

5. <u>Reimbursement and Payment; Disputed Amounts</u>.

(a) Reimbursement by the Policyholder of amounts paid or advanced by Liberty Mutual, under the circumstances described in ¶4 above, shall be made within twenty (20) days of receipt by the Policyholder of any written request by Liberty Mutual for reimbursement of said amounts. Payment by Policyholder of any adjusted or other premiums due under the Insurance Policies shall be made within twenty (20) days of receipt by Policyholder of any written notice by Liberty Mutual to Policyholder that such a payment is required. Should any reimbursement or premium payment not be made within said twenty (20) day period, then, in addition to all other rights and remedies available to Liberty Mutual hereunder, under the policies, or at law or in equity, Liberty Mutual shall be entitled to receive a late payment charge computed at a rate of the prevailing Prime Rate (as published in the Wall Street Journal) plus 1% per annum on the overdue amount, for actual days elapsed from the date due until paid.

LM-001023

(b) Should a dispute arise as to an amount due within the "Deductible Advance" based on the Policyholder's good faith belief that Liberty Mutual has, because of an administrative error, miscalculated the Deductible Advance, then the Policyholder, after written notice to Liberty Mutual indicating the nature and amount of the dispute, agrees to either:

(1) Pay the Deductible Advance, including the disputed amount, however, if the disputed advance amount is resolved in the Policyholder's favor, Liberty Mutual shall credit the Policyholder such disputed advance plus accrued interest at the prevailing Prime Rate (as published in the Wall Street Journal) plus 1% per annum as of the original receipt date of the disputed advance amount to the date said amount is credited to the Policyholder; or

(2) Pay the Deductible Advance as billed, net of the disputed amount, however, if the disputed advance amount is resolved in Liberty Mutual's favor, the Policyholder shall remit to Liberty Mutual such disputed advance amount plus accrued interest at the prevailing Prime Rate (as published in the Wall Street Journal) plus 1% per annum from the original due date of the disputed advance amount to date of remittance to Liberty Mutual.

(c) Upon resolution of any dispute on terms mutually acceptable to the Policyholder and Liberty Mutual, as to an amount due within the "Deductible Advance," the Policyholder shall pay to Liberty Mutual any amount due within twenty (20) days of receipt by the Policyholder of a statement from Liberty Mutual reflecting the resolution of the disputed amount.

6. <u>Letter of Credit/Surety Bond</u>. To secure deductible reimbursement, premium payment and all other obligations, whether now existing or hereafter arising, of Policyholder to Liberty Mutual arising under or in connection with the Insurance Policies and this Agreement, (the "Obligations"), the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, shall deliver to Liberty Mutual a letter of credit ("Letter of Credit") and a surety bond ("Surety Bond"), each in a form substantially similar to the attached specimen thereof. The Letter of Credit and the Surety Bond shall be in respective amounts indicated on the attached schedule, as amended from time to time to reflect the potential liability of the Policyholder as defined in ¶10 below ("Schedule"). The amount of the Letter of Credit and the Surety Bond shall, in the aggregate, equal the estimated amounts of deferred premium and unpaid claims which are the responsibility of the Policyholder because of the deductible amount set forth in the Deductible Endorsements.

The Letter of Credit shall be a clean, irrevocable letter of credit providing for negotiation credit (multiple partial draws permitted), by sight draft without notation.

The Letter of Credit shall name Liberty Mutual as the beneficiary, shall be issued by a bank satisfactory to Liberty Mutual, and shall be for a term of at least 12 months. The Surety Bond shall name Liberty Mutual as the obligee and shall be issued by a surety company acceptable to Liberty Mutual. The obligation of the surety company issuing the Surety Bond shall continue until all losses under the deductible are closed and the Policyholder has reimbursed Liberty Mutual.

7. <u>Amended or Additional Letter of Credit</u> / Surety Bond. Liberty Mutual may, using customary business practices including negotiation with the Policyholder, determine that the potential liability (as defined in ¶10) under the deductible endorsements, plus deferred premium, is greater than the amount of the existing Letter of Credit and Surety Bond, and, if so, Liberty Mutual shall have the option to require the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, to deliver, within thirty (30) days of receipt by the Policyholder of written notice by Liberty Mutual, an amendment to the existing Letter of Credit or an additional Letter of Credit or an amendment to the existing Surety Bond or an additional Surety Bond (which shall otherwise conform with the requirements of ¶6 above). In the event the Policyholder is required to deliver to Liberty Mutual an amendment to the existing Letter of Credit or an additional Letter of Credit or an amendment to the existing Surety Bond or an additional Surety Bond, the respective amounts of such Letter(s) of Credit and Surety Bond(s) shall be maintained in the same proportion as existing Letter(s) of Credit bear to existing Surety Bond(s) except that if the Policyholder does not renew its Insurance Program with Liberty Mutual, any additional security will be only in the form of an amendment to the existing Letter of Credit or an additional Letter of Credit. If the potential liability of the Policyholder is less than the aggregate amount of the existing Letter(s) of Credit and Surety Bond(s), the Policyholder may reduce the Letter(s) of Credit and Surety Bond(s) on a pro rata basis.

8. Substitute Letter of Credit/Surety Bond. No later than thirty (30) days before the date of termination of a letter of credit, the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, shall deliver to Liberty Mutual a substitute Letter of Credit which fully complies with the requirements specified in ¶6 above. The substitute letter of credit shall take effect no later than the date of termination of the expiring letter of credit. The amount of the substitute Letter of Credit shall be equal to the amount of the expiring Letter of Credit. The duty of the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, to deliver a substitute letter of credit to replace an expiring letter of credit in accordance with this section shall continue until the Policyholder has paid or liquidated all Obligations or until a date agreed upon by the Policyholder and Liberty Mutual in writing.

In addition, no later than 30 days before the date of termination of a surety bond, the Policyholder, or a person designated by the Policyholder and acceptable to Liberty

Mutual, shall deliver to Liberty Mutual a substitute surety bond which fully complies with the requirements specified in ¶6 above. The substitute surety bond shall take effect no later than the date of termination of the former surety bond. The amount of the substitute surety bond shall be equal to the former Surety Bond. The duty of the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, to deliver a substitute surety bond to replace a former surety bond in accordance with this section shall continue until the Policyholder has paid or liquidated all Obligations or until a date agreed upon by the Policyholder and Liberty Mutual in writing.

9. <u>Audit</u>. Liberty Mutual shall be permitted to examine and audit the Policyholder's books, vouchers and records of any and every kind at any reasonable time for purposes of determining the Policyholder's outstanding liability or potential liability with respect to claims under the policies.

10. <u>Potential Liability Defined</u>. For purposes of this Agreement potential liability shall include all incurred reported claims and incurred but not reported claims including loss development.


11. <u>Drawing Upon the Letter of Credit/Surety Bond</u>. Liberty Mutual agrees to draw upon any such letter of credit and/or surety bond:

(a) only if the Policyholder fails to pay or reimburse Liberty Mutual any or all Obligations pursuant to ¶5 and after ten (10) days written notice to the Policyholder of Liberty Mutual's intent to draw; or,

(b) in the event that the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, fails to either deliver an amended or additional letter of credit or an amended Surety Bond or additional Surety Bond in compliance with ¶7 and after ten (10) days written notice to the Policyholder of Liberty Mutual's intent to draw, or

(c) in the event the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, fails to deliver a substitute letter of credit or substitute surety bond in compliance with ¶8, then Liberty Mutual may draw upon the full amount of the letter(s) of credit and surety bond without prior written notice.

In the event Liberty Mutual draws on the full amount of the Surety Bond and or Letter of Credit and the Policyholder subsequently replaces the security with a Letter of Credit and or Surety Bond that conforms with ¶6, upon receipt of said Letter of Credit and or

Surety Bond, Liberty Mutual would return any excess proceeds of the full draw to the Policyholder.

In the event Liberty Mutual draws on the full amount of the Surety Bond and or Letter of Credit, Liberty Mutual would return any excess proceeds of the full draw once the Policyholder has paid or liquidated all the obligations under the policies.

LM-001027

IN WITNESS WHEREOF, Policyholder has executed and delivered this Agreement as of the date first set forth above.

REPUBLIC SERVICES, INC.

By: _David Barchi_

Its: SR VP, General Counsel

Accepted by Liberty Mutual as of the date first set forth above.

LIBERTY MUTUAL INSURANCE COMPANY

By: _[signature]_

Its: <u>MANAGER - FINANCIAL PRODUCTS</u>

LM-001028



LIBERTY
MUTUAL
INSURANCE GROUP

LETTER OF CREDIT &
SURETY BOND PLAN

National Accounts   #6184

## AGREEMENT FOR GUARANTEE OF DEDUCTIBLE REIMBURSEMENT AND PREMIUM PAYMENT

This agreement for guarantee of deductible reimbursement and premium payment ("Agreement") is made and entered into as of 6/30/98 by and between Liberty Mutual, as defined in ¶1 below, and the Policyholder, as defined in ¶2 below, to guarantee the payment and reimbursement of all of the Policyholder's obligations to Liberty Mutual arising out of or in connection with any and all the following Insurance Policies.

| Policy No. | Insurer |
|---|---|
| WA2-C5D-004207-018 | Liberty Mutual Fire Insurance Company |
| WC2-C51-004207-028 | Liberty Mutual Fire Insurance Company |

1.   **Liberty Mutual.** The term "Liberty Mutual" means Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, LM Insurance Corporation, or The First Liberty Insurance Corporation, all of which have their principal place of business at 175 Berkeley Street, Boston, Massachusetts. However, regardless of which company has issued an Insurance Policy, this Agreement will be satisfied if all notices and payments are made to:

> Liberty Mutual Insurance Company
> 175 Berkeley Street
> Boston, Massachusetts  02117.

2.   **Policyholder.** The term "Policyholder" includes all those listed on any of the above Insurance Policies as a "named insured", and all of them shall be jointly and severally liable for performance of the terms of this Agreement and for the reimbursement of deductible advances made by Liberty Mutual, for the payment of premiums and for all other obligations owing to Liberty Mutual under the Insurance Policies. Any notice required to be sent to the Policyholder shall be in writing and may be sent to the Policyholder at the address set forth below, who will act on behalf of all those listed as a "named insured" on any of the above Insurance Policies, unless the Policyholder and Liberty Mutual agree otherwise in writing.

Republic Services, Inc.
Republic Plaza
200 South Andrews Avenue, Suite 1100
Fort Lauderdale, FL 33301
Attn: Vice President, Risk Management

3.  **Endorsements and Filings.** Liberty Mutual has issued or will issue to the Policyholder, the policies listed above. With the consent of the Policyholder, Liberty Mutual has attached, or will attach to the policies, certain deductible endorsements. Liberty Mutual has also filed evidence of insurance with appropriate federal and state regulatory agencies, and has issued evidence of insurance to additional parties who require or request it. Liberty Mutual and the Policyholder agree that Liberty Mutual has the right to prompt reimbursement from the Policyholder for any amounts advanced or paid by Liberty Mutual.

4.  **Deductible Advances and Premiums.** Pursuant to the terms of the Insurance Policies, Liberty Mutual may advance any part or all of the deductible amount on behalf of the Policyholder for claims which are the sole and exclusive liability of the Policyholder. Also pursuant to the terms of the Insurance Policies and applicable endorsements, Liberty Mutual may advance any part or all of the ratable incurred losses. The Policyholder agrees to reimburse Liberty Mutual for such payments, and any allocated loss adjustment expenses and costs applicable to such claims. Also pursuant to the terms of the Insurance Policies, adjusted and other premiums may become due from Policyholder to Liberty Mutual from time to time. Failure by the Policyholder to reimburse Liberty Mutual, in the manner, under the circumstances and within the periods prescribed in ¶5 below may be cause for cancellation of the Insurance Policies.

5.  **Reimbursement and Payment; Disputed Amounts.**

(a) Reimbursement by the Policyholder of amounts paid or advanced by Liberty Mutual, under the circumstances described in ¶4 above, shall be made within twenty (20) days of receipt by the Policyholder of any written request by Liberty Mutual for reimbursement of said amounts. Payment by Policyholder of any adjusted or other premiums due under the Insurance Policies shall be made within twenty (20) days of receipt by Policyholder of any written notice by Liberty Mutual to Policyholder that such a payment is required. Should any reimbursement or premium payment not be made within said twenty (20) day period, then, in addition to all other rights and remedies available to Liberty Mutual hereunder, under the policies, or at law or in equity, Liberty Mutual shall be entitled to receive a late payment charge computed at a rate of the prevailing Prime Rate (as published in the Wall Street Journal) plus 1% per annum on the overdue amount, for actual days elapsed from the date due until paid.

(b) Should a dispute arise as to an amount due within the "Deductible Advance" based on the Policyholder's good faith belief that Liberty Mutual has, because of an administrative error, miscalculated the Deductible Advance, then the Policyholder, after written notice to Liberty Mutual indicating the nature and amount of the dispute, agrees to either:

(1) Pay the Deductible Advance, including the disputed amount, however, if the disputed advance amount is resolved in the Policyholder's favor, Liberty Mutual shall credit the Policyholder such disputed advance plus accrued interest at the prevailing Prime Rate (as published in the Wall Street Journal) plus 1% per annum as of the original receipt date of the disputed advance amount to the date said amount is credited to the Policyholder; or

(2) Pay the Deductible Advance as billed, net of the disputed amount, however, if the disputed advance amount is resolved in Liberty Mutual's favor, the Policyholder shall remit to Liberty Mutual such disputed advance amount plus accrued interest at the prevailing Prime Rate (as published in the Wall Street Journal) plus 1% per annum from the original due date of the disputed advance amount to date of remittance to Liberty Mutual.

(c) Upon resolution of any dispute on terms mutually acceptable to the Policyholder and Liberty Mutual, as to an amount due within the "Deductible Advance," the Policyholder shall pay to Liberty Mutual any amount due within twenty (20) days of receipt by the Policyholder of a statement from Liberty Mutual reflecting the resolution of the disputed amount.

6. **Letter of Credit/Surety Bond**. To secure deductible reimbursement, premium payment and all other obligations, whether now existing or hereafter arising, of Policyholder to Liberty Mutual arising under or in connection with the Insurance Policies and this Agreement, (the "Obligations"), the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, shall deliver to Liberty Mutual a letter of credit ("Letter of Credit") and a surety bond ("Surety Bond"), each in a form substantially similar to the attached specimen thereof. The Letter of Credit and the Surety Bond shall be in respective amounts indicated on the attached schedule, as amended from time to time to reflect the potential liability of the Policyholder as defined in ¶10 below ("Schedule"). The amount of the Letter of Credit and the Surety Bond shall, in the aggregate, equal the estimated amounts of deferred premium and unpaid claims which are the responsibility of the Policyholder because of the deductible amount set forth in the Deductible Endorsements.

LM-001043

The Letter of Credit shall be a clean, irrevocable letter of credit providing for negotiation credit (multiple partial draws permitted), by sight draft without notation. The Letter of Credit shall name Liberty Mutual as the beneficiary, shall be issued by a bank satisfactory to Liberty Mutual, and shall be for a term of at least 12 months. The Surety Bond shall name Liberty Mutual as the obligee and shall be issued by a surety company acceptable to Liberty Mutual. The obligation of the surety company issuing the Surety Bond shall continue until all losses under the deductible are closed and the Policyholder has reimbursed Liberty Mutual.

7. **Amended or Additional Letter of Credit / Surety Bond.** Liberty Mutual may determine that the potential liability (as defined in ¶10) under the deductible endorsements, plus deferred premium, is greater than the amount of the existing Letter of Credit and Surety Bond, and, if so, Liberty Mutual shall have the option to require the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, to deliver, within thirty (30) days of receipt by the Policyholder of written notice by Liberty Mutual, an amendment to the existing Letter of Credit or an additional Letter of Credit or an amendment to the existing Surety Bond or an additional Surety Bond (which shall otherwise conform with the requirements of ¶6 above). In the event the Policyholder is required to deliver to Liberty Mutual an amendment to the existing Letter of Credit or an additional Letter of Credit or an amendment to the existing Surety Bond or an additional Surety Bond, the respective amounts of such Letter(s) of Credit and Surety Bond(s) shall be maintained in the same proportion as existing Letter(s) of Credit bear to existing Surety Bond(s) except that if the Policyholder does not renew its Insurance Program with Liberty Mutual, any additional security will be only in the form of an amendment to the existing Letter of Credit or an additional Letter of Credit. If the potential liability of the Policyholder, as of the respective dates specified in ¶10 below, is less than the aggregate amount of the existing Letter(s) of Credit and Surety Bond(s), the Policyholder may reduce the Letter(s) of Credit and Surety Bond(s) on a pro rata basis.

8. Substitute Letter of Credit/Surety Bond. No later than thirty (30) days before the date of termination of a letter of credit, the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, shall deliver to Liberty Mutual a substitute Letter of Credit which fully complies with the requirements specified in ¶6 above. The substitute letter of credit shall take effect no later than the date of termination of the expiring letter of credit. The amount of the substitute Letter of Credit shall be equal to the amount of the expiring Letter of Credit. The duty of the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, to deliver a substitute letter of credit to replace an expiring letter of credit in accordance with this section shall continue until the Policyholder has paid or liquidated all Obligations or until a date agreed upon by the Policyholder and Liberty Mutual in writing.

LM-001044

In addition, no later than 30 days before the date of termination of a surety bond, the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, shall deliver to Liberty Mutual a substitute surety bond which fully complies with the requirements specified in ¶6 above. The substitute surety bond shall take effect no later than the date of termination of the former surety bond. The amount of the substitute surety bond shall be equal to the former Surety Bond. The duty of the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, to deliver a substitute surety bond to replace a former surety bond in accordance with this section shall continue until the Policyholder has paid or liquidated all Obligations or until a date agreed upon by the Policyholder and Liberty Mutual in writing.

9. **Audit**. Liberty Mutual shall be permitted to examine and audit the Policyholder's books, vouchers and records of any and every kind at any reasonable time for purposes of determining the Policyholder's outstanding liability or potential liability with respect to claims under the policies.

10. **Potential Liability Defined**. For purposes of this Agreement potential liability shall include all incurred reported claims and incurred but not reported claims and shall be determined as outlined below.

Month 18  Total Incurred Losses Times 1.3600 equals Ultimate Developed Losses. Ultimate Developed Losses minus the sum of Ultimate Developed Losses times .140 plus paid losses.

Month 30  Total Incurred Losses Times 1.1672 equals Ultimate Developed Losses. Ultimate Developed Losses minus the sum of Ultimate Developed Losses times .0775 plus paid losses.

Month 42  Total Incurred Losses Times 1.0978 equals Ultimate Developed Losses. Ultimate Developed Losses minus the sum of Ultimate Developed Losses times .0475 plus paid losses.

Month 54 and Annually : Open Case Incurred Values times the development factors listed below less paid losses.
Month 54 1.0660
Month 66 1.0458
Month 78 1.0292
Month 90 1.0158
Month 102 1.0072

11. **Drawing Upon the Letter of Credit/Surety Bond.** Liberty Mutual agrees to draw upon any such letter of credit and/or surety bond:

(a) only if the Policyholder fails to pay or reimburse Liberty Mutual any or all Obligations pursuant to ¶5 and after ten (10) days written notice to the Policyholder of Liberty Mutual's intent to draw; or,

(b) in the event that the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, fails to either deliver an amended or additional letter of credit or an amended Surety Bond or additional Surety Bond in compliance with ¶7 and after ten (10) days written notice to the Policyholder of Liberty Mutual's intent to draw, or

(c) in the event the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, fails to deliver a substitute letter of credit or substitute surety bond in compliance with ¶8, then Liberty Mutual may draw upon the full amount of the letter(s) of credit and surety bond without prior written notice.

IN WITNESS WHEREOF, Policyholder has executed and delivered this Agreement as of the date first set forth above.

REPUBLIC SERVICES, INC.

By: [signature]

Its: DIRECTOR, RISK MANAGEMENT

Accepted by Liberty Mutual as of the date first set forth above.

LIBERTY MUTUAL INSURANCE COMPANY

By: [signature]

Its: MANAGER - FINANCIAL PRODUCTS



LIBERTY
MUTUAL
INSURANCE GROUP

LETTER OF CREDIT &
SURETY BOND PLAN

National Accounts    #<u>6418</u>

## <u>AGREEMENT FOR GUARANTEE OF DEDUCTIBLE REIMBURSEMENT AND PREMIUM PAYMENT</u>

This agreement for guarantee of deductible reimbursement and premium payment ("Agreement") is made and entered into as of 6/30/98 by and between Liberty Mutual, as defined in ¶1 below, and the Policyholder, as defined in ¶2 below, to guarantee the payment and reimbursement of all of the Policyholder's obligations to Liberty Mutual arising out of or in connection with any and all the following Insurance Policies.

| <u>Policy No.</u> | <u>Insurer</u> |
|---|---|
| WA2-65D-004207-019 | Liberty Mutual Fire Insurance Company |
| WC2-651-004207-029 | Liberty Mutual Fire Insurance Company |

1. **<u>Liberty Mutual.</u>** The term "Liberty Mutual" means Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, LM Insurance Corporation, or The First Liberty Insurance Corporation, all of which have their principal place of business at 175 Berkeley Street, Boston, Massachusetts. However, regardless of which company has issued an Insurance Policy, this Agreement will be satisfied if all notices and payments are made to:

> Liberty Mutual Insurance Company
> 175 Berkeley Street
> Boston, Massachusetts  02117.

2. **<u>Policyholder.</u>** The term "Policyholder" includes all those listed on any of the above Insurance Policies as a "named insured", and all of them shall be jointly and severally liable for performance of the terms of this Agreement and for the reimbursement of deductible advances made by Liberty Mutual, for the payment of premiums and for all other obligations owing to Liberty Mutual under the Insurance Policies. Any notice required to be sent to the Policyholder shall be in writing and may be sent to the Policyholder at the address set forth below, who will act on behalf of all those listed as a "named insured" on any of the above Insurance Policies, unless the Policyholder and Liberty Mutual agree otherwise in writing.

> Republic Services, Inc.
> 110 Southeast Sixth Street, 28th Floor

LM-001034

Fort Lauderdale, FL 33301
Attn: Gary Gezzer
Director, Risk Management

3. **Endorsements and Filings.** Liberty Mutual has issued or will issue to the Policyholder, the policies listed above. With the consent of the Policyholder, Liberty Mutual has attached, or will attach to the policies, certain deductible endorsements. Liberty Mutual has also filed evidence of insurance with appropriate federal and state regulatory agencies, and has issued evidence of insurance to additional parties who require or request it. Liberty Mutual and the Policyholder agree that Liberty Mutual has the right to prompt reimbursement from the Policyholder for any amounts advanced or paid by Liberty Mutual.

4. **Deductible Advances and Premiums.** Pursuant to the terms of the Insurance Policies, Liberty Mutual may advance any part or all of the deductible amount on behalf of the Policyholder for claims which are the sole and exclusive liability of the Policyholder. Also pursuant to the terms of the Insurance Policies and applicable endorsements, Liberty Mutual may advance any part or all of the ratable incurred losses. The Policyholder agrees to reimburse Liberty Mutual for such payments, and any allocated loss adjustment expenses and costs applicable to such claims. Also pursuant to the terms of the Insurance Policies, adjusted and other premiums may become due from Policyholder to Liberty Mutual from time to time. Failure by the Policyholder to reimburse Liberty Mutual, in the manner, under the circumstances and within the periods prescribed in ¶5 below may be cause for cancellation of the Insurance Policies.

5. **Reimbursement and Payment; Disputed Amounts.**

(a) Reimbursement by the Policyholder of amounts paid or advanced by Liberty Mutual, under the circumstances described in ¶4 above, shall be made within twenty (20) days of receipt by the Policyholder of any written request by Liberty Mutual for reimbursement of said amounts. Payment by Policyholder of any adjusted or other premiums due under the Insurance Policies shall be made within twenty (20) days of receipt by Policyholder of any written notice by Liberty Mutual to Policyholder that such a payment is required. Should any reimbursement or premium payment not be made within said twenty (20) day period, then, in addition to all other rights and remedies available to Liberty Mutual hereunder, under the policies, or at law or in equity, Liberty Mutual shall be entitled to receive a late payment charge computed at a rate of the prevailing Prime Rate (as published in the Wall Street Journal) plus 1% per annum on the overdue amount, for actual days elapsed from the date due until paid.

(b) Should a dispute arise as to an amount due within the "Deductible Advance " based on the Policyholder's good faith belief that Liberty Mutual has, because of an administrative error, miscalculated the Deductible Advance, then the Policyholder, after written notice to Liberty Mutual indicating the nature and amount of the dispute, agrees to either:

(1) Pay the Deductible Advance, including the disputed amount, however, if the disputed advance amount is resolved in the Policyholder's favor, Liberty Mutual shall credit the Policyholder such disputed advance plus accrued interest at the prevailing Prime Rate (as published in the Wall Street Journal) plus 1% per annum as of the original receipt date of the disputed advance amount to the date said amount is credited to the Policyholder; or

(2) Pay the Deductible Advance as billed, net of the disputed amount, however, if the disputed advance amount is resolved in Liberty Mutual's favor, the Policyholder shall remit to Liberty Mutual such disputed advance amount plus accrued interest at the prevailing Prime Rate (as published in the Wall Street Journal) plus 1% per annum from the original due date of the disputed advance amount to date of remittance to Liberty Mutual.

(c) Upon resolution of any dispute on terms mutually acceptable to the Policyholder and Liberty Mutual, as to an amount due within the "Deductible Advance," the Policyholder shall pay to Liberty Mutual any amount due within twenty (20) days of receipt by the Policyholder of a statement from Liberty Mutual reflecting the resolution of the disputed amount.

6. **Letter of Credit/Surety Bond**. To secure deductible reimbursement, premium payment and all other obligations, whether now existing or hereafter arising, of Policyholder to Liberty Mutual arising under or in connection with the Insurance Policies and this Agreement, (the "Obligations"), the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, shall deliver to Liberty Mutual a letter of credit ("Letter of Credit") and a surety bond ("Surety Bond"), each in a form substantially similar to the attached specimen thereof. The Letter of Credit and the Surety Bond shall be in respective amounts indicated on the attached schedule, as amended from time to time to reflect the potential liability of the Policyholder as defined in ¶10 below ("Schedule"). The amount of the Letter of Credit and the Surety Bond shall, in the aggregate, equal the estimated amounts of deferred premium and unpaid claims which are the responsibility of the Policyholder because of the deductible amount set forth in the Deductible Endorsements.

The Letter of Credit shall be a clean, irrevocable letter of credit providing for negotiation credit (multiple partial draws permitted), by sight draft without notation. The Letter of Credit shall name Liberty Mutual as the beneficiary, shall be issued by a bank satisfactory to Liberty Mutual, and shall be for a term of at least 12 months. The Surety Bond shall name Liberty Mutual as the obligee and shall be issued by a surety company acceptable to Liberty Mutual. The obligation of the surety company issuing the Surety Bond shall continue until all losses under the deductible are closed and the Policyholder has reimbursed Liberty Mutual.

7. **Amended or Additional Letter of Credit** / Surety Bond. Liberty Mutual may, using customary business practices including negotiation with the Policyholder, determine that the potential liability (as defined in ¶10) under the deductible endorsements, plus deferred premium, is greater than the amount of the existing Letter of Credit and Surety Bond, and, if

so, Liberty Mutual shall have the option to require the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, to deliver, within thirty (30) days of receipt by the Policyholder of written notice by Liberty Mutual, an amendment to the existing Letter of Credit or an additional Letter of Credit or an amendment to the existing Surety Bond or an additional Surety Bond (which shall otherwise conform with the requirements of ¶6 above). In the event the Policyholder is required to deliver to Liberty Mutual an amendment to the existing Letter of Credit or an additional Letter of Credit or an amendment to the existing Surety Bond or an additional Surety Bond, the respective amounts of such Letter(s) of Credit and Surety Bond(s) shall be maintained in the same proportion as existing Letter(s) of Credit bear to existing Surety Bond(s) except that if the Policyholder does not renew its Insurance Program with Liberty Mutual, any additional security will be only in the form of an amendment to the existing Letter of Credit or an additional Letter of Credit. If the potential liability of the Policyholder is less than the aggregate amount of the existing Letter(s) of Credit and Surety Bond(s), the Policyholder may reduce the Letter(s) of Credit and Surety Bond(s) on a pro rata basis.

8. **Substitute Letter of Credit/Surety Bond.** No later than thirty (30) days before the date of termination of a letter of credit, the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, shall deliver to Liberty Mutual a substitute Letter of Credit which fully complies with the requirements specified in ¶6 above. The substitute letter of credit shall take effect no later than the date of termination of the expiring letter of credit. The amount of the substitute Letter of Credit shall be equal to the amount of the expiring Letter of Credit. The duty of the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, to deliver a substitute letter of credit to replace an expiring letter of credit in accordance with this section shall continue until the Policyholder has paid or liquidated all Obligations or until a date agreed upon by the Policyholder and Liberty Mutual in writing.

In addition, no later than 30 days before the date of termination of a surety bond, the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, shall deliver to Liberty Mutual a substitute surety bond which fully complies with the requirements specified in ¶6 above. The substitute surety bond shall take effect no later than the date of termination of the former surety bond. The amount of the substitute surety bond shall be equal to the former Surety Bond. The duty of the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, to deliver a substitute surety bond to replace a former surety bond in accordance with this section shall continue until the Policyholder has paid or liquidated all Obligations or until a date agreed upon by the Policyholder and Liberty Mutual in writing.

9. **Audit.** Liberty Mutual shall be permitted to examine and audit the Policyholder's books, vouchers and records of any and every kind at any reasonable time for purposes of determining the Policyholder's outstanding liability or potential liability with respect to claims under the policies.

10. **Potential Liability Defined.** For purposes of this Agreement potential liability shall include all incurred reported claims and incurred but not reported claims including loss development.

11. **Drawing Upon the Letter of Credit/Surety Bond.** Liberty Mutual agrees to draw upon any such letter of credit and/or surety bond:

(a) only if the Policyholder fails to pay or reimburse Liberty Mutual any or all Obligations pursuant to ¶5 and after ten (10) days written notice to the Policyholder of Liberty Mutual's intent to draw; or,

(b) in the event that the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, fails to either deliver an amended or additional letter of credit or an amended Surety Bond or additional Surety Bond in compliance with ¶7 and after ten (10) days written notice to the Policyholder of Liberty Mutual's intent to draw, or

(c) in the event the Policyholder, or a person designated by the Policyholder and acceptable to Liberty Mutual, fails to deliver a substitute letter of credit or substitute surety bond in compliance with ¶8, then Liberty Mutual may draw upon the full amount of the letter(s) of credit and surety bond without prior written notice.

In the event Liberty Mutual draws on the full amount of the Surety Bond and or Letter of Credit and the Policyholder subsequently replaces the security with a Letter of Credit and or Surety Bond that conforms with ¶6, upon receipt of said Letter of Credit and or Surety Bond, Liberty Mutual would return any excess proceeds of the full draw to the Policyholder.

In the event Liberty Mutual draws on the full amount of the Surety Bond and or Letter of Credit, Liberty Mutual would return any excess proceeds of the full draw once the Policyholder has paid or liquidated all the obligations under the policies.

**IN WITNESS WHEREOF**, Policyholder has executed and delivered this Agreement as of the date first set forth above.

REPUBLIC SERVICES, INC.

By: _____

Its: SR. V.P.

Accepted by Liberty Mutual as of the date first set forth above.

LIBERTY MUTUAL INSURANCE COMPANY

By: _/s/ Richard J. Horman_

Its: <u>MANAGER - FINANCIAL PRODUCTS</u>