# SNODDY Consulting INC

**Timothy K. Snoddy, CPA, CVA, DABFA**
**Daniel L. Fulks, Ph.D., CPA**
**Gregory Bushong, Ph.D., CPA, CMA**
**Carl Fedde, CPA**

*Litigation Support*  *Business Valuations*
*Forensic Accounting*  *Financial Consulting*

May 31, 2006

Mr. Robert E. Maclin, III
McBrayer, McGinnis, Leslie & Kirkland
201 East Main Street, Suite 1000
Lexington, KY 40507

Re: Republic Services, Inc. vs. Liberty Mutual Life Insurance Company, et.al.

Dear Mr. Maclin:

With respect to the referenced matter, we have previously submitted our report dated August 15, 2005 within which we provided our opinion of damages to Republic Services Inc. for excess costs for claims based upon incurred claims costs as of November 25, 2003. As part of our ongoing analysis information contained herein represents our supplemental report for damages for claims costs updated for incurred costs reported as of April 1, 2006.

As previously reported, the claim file analysis was conducted using all workers compensation claims in "open" status as of November 25, 2003 (189 claims) and those "closed" having a total incurred costs of $7,500 and greater as of November 25, 2003 (557 claims), which totaled of 746 claims. Total incurred costs as of November 25, 2003 for these subject claims was $52.2 million.

As of April 1, 2006 total incurred for the subject 746 claims costs is $57.97 million (Exhibit A) of which 77 claims remain open with incurred costs of $23,740,820 and 669 have been closed with incurred costs of $34,225,820. As illustrated, 112 of the 189 files existing at November 25, 2003 were closed between that date and April 1, 2006.

Using current claim file data and updated incurred costs information as of April 1, 2006 we have prepared supplemental damage analysis for both the "statistical sample" of 187 files and "all files reviewed" consisting of 292 claim files.



KENTUCKY
501 Darby Creek Road, Suite 5
Lexington, KY 40509
Phone: 859-264-1841   Fax: 859-264-1921

NORTH CAROLINA
90 Patton Avenue, Suite 203
Asheville, NC 28801
Phone: 828-252-2961   Fax: 828-252-2962

FLORIDA
429 S.W. Camden Avenue
Stuart, FL 34994
Phone: 772-287-0109   Fax: 772-220-8284

## STATISTICAL SAMPLE - 187 CLAIMS

A listing of the sample of 187 claim files with incurred costs updated through April 1, 2006 is included herewith as Exhibit B. Using that updated information, following are our calculations of the estimated damages, utilizing the same approach and calculations as previously reported.

Analysis of Claim Files

|  | # of claims | Incurred costs | Excess costs | Percentage Excess to Incurred |
|---|---|---|---|---|
| Strata 1 | 37 | $20,910,200 | 6,907,923* | 33.04% |
| Strata 2 | 100 | 8,304,587 | 3,496,425 | 42.11% |
| Strata 3 | 50 | 714,021 | 128,540 | 18.01% |
| Total | 187 | $29,928,808 | 10,532,888 | |

* limited to $500,000 per claim, actual excess costs = $9,427,424

Calculation of Damages

|  | Error Rate | Total Incurred Costs | Damages |
|---|---|---|---|
| Strata 1 | n/a | $20,910,200 | $6,907,923 |
| Strata 2 | 42.11% | 32,297,619 | 13,600,527 |
| Strata 3 | 18.01% | 4,758,821 | 857,064 |
| Total | | $57,966,640 | $21,365,514 |

From the calculations above, it is my opinion that damages for excessive claims cost as of April 1, 2006 utilizing the statistical sample of 187 claim files results in total damages of $21,365,514.

## ALL FILES REVIEWED - 292 CLAIMS

A listing of the sample of 292 claim files with incurred costs updated through April 1, 2006 is included herewith as Exhibit C. Using that updated information, following are our calculations of the estimated damages, utilizing the same approach and calculations as previously reported.

2

Analysis of Claim Files

|  | Total Claims | Total Amount | Reviewed Claims | Reviewed Amount | Not Reviewed Claims | Not Reviewed Amount |
|---|---|---|---|---|---|---|
| Strata 1 | 37 | $20,910,200 | 37 | $20,910,200 | -0- | -0- |
| Strata 2 | 367 | 32,297,619 | 181 | 20,282,698 | 186 | 12,014,921 |
| Strata 3 | 342 | 4,758,821 | 74 | 1,036,949 | 268 | 3,721,872 |
| Total | 746 | $57,966,640 | 292 | $42,229,847 | 454 | $15,736,793 |

Calculation of Damages

|  | Incurred Costs Not reviewed | Error Rate | Estimated Excess costs |
|---|---|---|---|
| Strata 2 | $12,014,921 | 42.11 % | $5,059,483 |
| Strata 3 | 3,721,872 | 18.01% | 670,309 |
| Total Estimated |  |  | 5,729,792 |
| Actual Damages from reviewed claims |  |  | 17,340,433 |
| Total Damages |  |  | $23,070,225 |

From the calculations above, it is my opinion that damages for excessive claims cost as of April 1, 2006 utilizing the statistical sample of 292 claim files results in total damages of $23,070,225.

Conclusion

On the basis of the updated analyses of excess costs for claims as of April 1, 2006 as detailed herein, it is my opinion that Republic has incurred costs as a result of actions by Liberty resulting in damages summarized as follows:

|  | Sampling Method | All files Reviewed Method |
|---|---|---|
| Excess Costs for claims | $ 21,365,514 | $23,070,225 |
| Excess Bonus payment | 496,393 | 496,393 |
| Costs for impairment of capital (as of 6/30/05) | 3,280,320 | 3,280,320 |
| Total | $ 25,142,227 | $ 26,846,938 |

3

Because certain costs continue to be incurred by Republic resulting from claims that remain open as of April 1, 2006, there will likely be additional amounts determined to be excess costs. Similarly, additional amounts will be determined for continuing impairment of capital for the period beyond June 30, 2005. Such additional amounts will be presented in a supplemental report as additional damages to those identified hereinabove.

Respectfully submitted,

SNODDY CONSULTING, INC.

*[signature]*

Timothy K. Snoddy, CPA, CVA, DABFA