# Loss of Capital Analysis for Liberty Mutual Policy Years Prepared for Republic Services, Inc.

Willis' actuaries performed an analysis of the estimated loss of capital for the three years, 6/30/98-99 through 6/30/00-01, in which Liberty Mutual handled claims for Republic Services, Inc. In this analysis, losses are limited to $500,000 per occurrence with unlimited ALAE. Aggregate retentions are not contemplated in this analysis.

The selection of estimated ultimate losses & ALAE for policy years 6/30/98-99 through 6/30/00-01 is shown in Table 1. In this exhibit, loss development factors are applied to limited incurred and paid losses valued as of 5/31/05. The development factors are from the June 2005 Actuarial Study and are based on insurance industry data and Republic's unique data limited to $500,000 per occurrence. In Section C, estimated ultimate losses & ALAE are based on the average of the incurred and paid loss development methods.

Limited paid losses at policy year end from the development triangles in the June 2005 Actuarial Study are shown in Table 2, Section A and are adjusted in Section B. Error rates used to adjust losses were provided by Snoddy Consulting based on their review of a sample of individual claims. Willis cannot comment on the appropriateness of these error rates. The implied assumption is that the paid losses after adjustment will have the same payout pattern as the paid losses prior to adjustment.

Table 3 shows the estimated loss of capital at policy year end. In Section A, estimated required reserves before adjustment are calculated by subtracting limited paid losses at each evaluation shown in Table 2 from estimated ultimate losses calculated in Table 1. In Section B, the same type of calculation is made for estimated ultimate losses and limited paid losses adjusted using the error rates provided by Snoddy Consulting. The implied assumption is that the ultimate losses based on data as of 5/31/05 is a reasonable estimate for each of the historical evaluations. The actual ultimate losses from annual actuarial reports based on historical data evaluations may differ from the calculation based on data as of 5/31/05. The ultimate losses based on data as of 5/31/05 is a reasonable estimate for the prior evaluations. Additionally, required reserves may differ from those shown in year-end financial exhibits.

August 15, 2005    1    W



Section C shows the difference of the amounts in Sections A and B. The difference of the estimated required reserves before and after adjustments is a reasonable estimate of the potential loss of capital at the end of each year due to the errors in loss reserving and payments. The reserve calculation would need to be increased by some risk load to calculate the true impact on the LOCs.

Respectfully,

*Edgar Davenport*

Edgar W. Davenport, FCAS, MAAA
Managing Director and Actuary
Willis CAPS - Actuarial

*Jeffrey R. Adcock*

Jeffrey R. Adcock, FCAS, MAAA
Assistant Vice President and Consulting Actuary
Willis CAPS - Actuarial

*Lori Ussery*

Lori Ussery
Actuarial Analyst
Willis CAPS - Actuarial

August 15, 2005

2



Table 2

**Republic Services, Inc.**
**Loss of Capital Analysis**

*Workers Compensation*
Summary of Limited Paid Losses at Year End
Losses Limited to $500,000 per Occurrence; ALAE Unlimited [1]

A. Limited Paid Losses at Year End Before Adjustment [2]

| Policy Year | Limited Paid Losses as of 6/30/99 | Limited Paid Losses as of 6/30/00 | Limited Paid Losses as of 6/30/01 | Limited Paid Losses as of 6/30/02 | Limited Paid Losses as of 6/30/03 | Limited Paid Losses as of 6/30/04 | Limited Paid Losses as of 6/30/05 |
|---|---|---|---|---|---|---|---|
| 6/30/98-99 | $3,523,000 | $7,494,000 | $10,617,000 | $12,693,000 | $14,347,000 | $15,453,000 | $16,113,000 |
| 6/30/99-00 | | 3,979,000 | 9,456,000 | 12,391,000 | 14,177,000 | 15,794,000 | 16,762,000 |
| 6/30/00-01 | | | 3,651,000 | 7,888,000 | 11,420,000 | 13,596,000 | 14,747,000 |
| Total | $3,523,000 | $11,473,000 | $23,724,000 | $32,972,000 | $39,944,000 | $44,843,000 | $47,622,000 |

B. Limited Paid Losses at Year End After Adjustment

| Policy Year | Error Rate [3] | Limited Paid Losses as of 6/30/99 | Limited Paid Losses as of 6/30/00 | Limited Paid Losses as of 6/30/01 | Limited Paid Losses as of 6/30/02 | Limited Paid Losses as of 6/30/03 | Limited Paid Losses as of 6/30/04 | Limited Paid Losses as of 6/30/05 |
|---|---|---|---|---|---|---|---|---|
| 6/30/98-99 | 28.81% | $2,508,000 | $5,335,000 | $7,558,000 | $9,036,000 | $10,214,000 | $11,001,000 | $11,471,000 |
| 6/30/99-00 | 33.64% | | 2,640,000 | 6,275,000 | 8,223,000 | 9,408,000 | 10,481,000 | 11,123,000 |
| 6/30/00-01 | 41.66% | | | 2,130,000 | 4,602,000 | 6,662,000 | 7,932,000 | 8,603,000 |
| Total | | $2,508,000 | $7,975,000 | $15,963,000 | $21,861,000 | $26,284,000 | $29,414,000 | $31,197,000 |

[1] Aggregate retentions are not contemplated in this exhibit.
[2] From the June 2005 Actuarial Study paid loss development triangles, except for 6/30/05 evaluation. Limited paid losses as of 6/30/05 are estimated in the June 2005 Actuarial Study based on 5/31/05 data and paid loss development factors.
[3] Error rates provided by Snoddy Consulting.

Aug ~5, 2005

Table 3

Republic Services, Inc.
Loss of Capital Analysis

*Workers Compensation*
*Estimation of Loss of Capital at Year End*
*Losses Limited to $500,000 per Occurrence; ALAE Unlimited* [1]

**A. Required Reserves at Year End Before Adjustment** [2]

| Policy Year | | Estimated Ultimate Losses & ALAE [3] | Estimated Reserves Required as of 6/30/99 | Estimated Reserves Required as of 6/30/00 | Estimated Reserves Required as of 6/30/01 | Estimated Reserves Required as of 6/30/02 | Estimated Reserves Required as of 6/30/03 | Estimated Reserves Required as of 6/30/04 | Estimated Reserves Required as of 6/30/05 |
|---|---|---|---|---|---|---|---|---|---|
| 6/30/98-99 | | $19,570,000 | $16,047,000 | $12,076,000 | $8,953,000 | $6,877,000 | $5,223,000 | $4,117,000 | $3,457,000 |
| 6/30/99-00 | | 20,972,000 | | 16,993,000 | 11,516,000 | 8,581,000 | 6,795,000 | 5,178,000 | 4,210,000 |
| 6/30/00-01 | | 20,056,000 | | | 16,405,000 | 12,168,000 | 8,636,000 | 6,460,000 | 5,309,000 |
| Total | | $60,598,000 | $16,047,000 | $29,069,000 | $36,874,000 | $27,626,000 | $20,654,000 | $15,755,000 | $12,976,000 |

**B. Required Reserves at Year End After Adjustment**

| Policy Year | Error Rate [4] | Estimated Ultimate Losses & ALAE | Estimated Reserves Required as of 6/30/99 | Estimated Reserves Required as of 6/30/00 | Estimated Reserves Required as of 6/30/01 | Estimated Reserves Required as of 6/30/02 | Estimated Reserves Required as of 6/30/03 | Estimated Reserves Required as of 6/30/04 | Estimated Reserves Required as of 6/30/05 |
|---|---|---|---|---|---|---|---|---|---|
| 6/30/98-99 | 28.81% | $13,932,000 | $11,424,000 | $8,597,000 | $6,374,000 | $4,896,000 | $3,718,000 | $2,931,000 | $2,461,000 |
| 6/30/99-00 | 33.64% | 13,917,000 | | 11,277,000 | 7,642,000 | 5,694,000 | 4,509,000 | 3,436,000 | 2,794,000 |
| 6/30/00-01 | 41.66% | 11,701,000 | | | 9,571,000 | 7,099,000 | 5,039,000 | 3,769,000 | 3,098,000 |
| Total | | $39,550,000 | $11,424,000 | $19,874,000 | $23,587,000 | $17,689,000 | $13,266,000 | $10,136,000 | $8,353,000 |

**C. Estimated Loss of Capital**

| Policy Year | Difference as of 6/30/99 | Difference as of 6/30/00 | Difference as of 6/30/01 | Difference as of 6/30/02 | Difference as of 6/30/03 | Difference as of 6/30/04 | Difference as of 6/30/05 |
|---|---|---|---|---|---|---|---|
| 6/30/98-99 | $4,623,000 | $3,479,000 | $2,579,000 | $1,981,000 | $1,505,000 | $1,186,000 | $996,000 |
| 6/30/99-00 | | 5,716,000 | 3,874,000 | 2,887,000 | 2,286,000 | 1,742,000 | 1,416,000 |
| 6/30/00-01 | | | 6,834,000 | 5,069,000 | 3,597,000 | 2,691,000 | 2,211,000 |
| Estimated Loss of Capital | $4,623,000 | $9,195,000 | $13,287,000 | $9,937,000 | $7,388,000 | $5,619,000 | $4,623,000 |

[1] Aggregate retentions are not contemplated in this exhibit.
[2] Required reserves in this exhibit are based on estimated ultimate losses calculated using 5/31/05 data and therefore may differ from amounts shown in each annual actuarial study and financial exhibits.
[3] From Table 1.
[4] Error rates provided by Snoddy Consulting.

August 2005

BIOGRAPHY

Ed has authored papers on various actuarial topics. Ed's paper, "The Role of an Actuary in an Insurance Brokerage Firm" was published in the Casualty Actuarial Proceedings and presented to the annual meeting of the Casualty Actuarial Society. Ed co-authored "Insurance Pricing and Reserving Through 2000: an Actuarial Perspective" which was published in the January 1998 issue of Risk Management. Ed most recently co-authored a paper entitled "Enterprise Risk Management: A Consultative Perspective" which was published by the Casualty Actuarial Society's Insurance in the Next Century Discussion Paper Program.

W