**REPUBLIC SERVICES, INC. v. LIBERTY MUTUAL INSURANCE CO. ET AL.**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY**

**APPENDIX OF EXHIBITS TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

| | |
|---|---|
| Exhibit A: | Deposition of Dan Dunne |
| Exhibit B: | March 9, 200 E-Mail Message from Don Himes |
| Exhibit C: | Deposition of Suzanne Flynn |
| Exhibit D: | Deposition of Phillip Troskey |
| Exhibit E: | E-Mail Message from Sean McSweeney to David Spruance |
| Exhibit F: | Affidavit of Mary Ellen Lindsey |
| Exhibit G: | Sold Plans |
| Exhibit H: | Stewardship Document |
| Exhibit I: | Deposition of Michael Pisari |
| Exhibit J: | Helmsman Agreement |
| Exhibit K: | SSIs dated 10-15-98 |
| Exhibit L: | 1999 Proposal |
| Exhibit M: | 1999 Binder |
| Exhibit N: | SSIs dated 12-1-99 |
| Exhibit O: | 2000 Proposal |
| Exhibit P: | Deposition of David Spruance |
| Exhibit Q: | Deposition of Doug McCoy, Volume I. |
| Exhibit R: | Deposition of Doug McCoy, Volume II. |
| Exhibit S: | Deposition of Doug McCoy, Volume IV. |
| Exhibit T: | Deposition of Doug McCoy, Volume III. |
| Exhibit U: | Report of Doug McCoy |
| Exhibit V: | Exhibit to Report of Doug McCoy listing prior testimony |
| Exhibit W: | Deposition of Steven Siemers, Volume I |
| Exhibit X: | Deposition of Steven Siemers, Volume II |
| Exhibit Y: | Deposition of Marc Ray |
| Exhibit Z: | Deposition of Steven Renner |

```
Exhibit AA:  Deposition of Phillip Risley
Exhibit BB:  Deposition of Danielle Adair
Exhibit CC:  Deposition of Dara Warner
Exhibit DD:  Cumulative 'Best Practices'
Exhibit EE:  E-mail message from Mark Sydney dated January 18,
             2001 re: 'Best Practices'
Exhibit FF:  Deposition of P.J. Smith
Exhibit GG:  Deposition of Colleen O'Neill
Exhibit HH:  Deposition of Darleen Cook
Exhibit II:  Deposition of Cherlon Taubodo
Exhibit JJ:  Deposition of Stephen Stone
Exhibit KK:  Deposition of Deane Sprout
Exhibit LL:  Deposition of Erin Bartholomew
Exhibit MM:  Deposition of Marc Shermon
Exhibit NN:  Deposition of Gerry Abracosa
Exhibit OO:  Deposition of Michelle Garvey
Exhibit PP:  Deposition of Tom Ballard, Volume III
Exhibit QQ:  Deposition of Tom Ballard, Volume IV
Exhibit RR:  Report of David O'Brien
Exhibit SS:  Deposition of David O'Brien, Volume II
Exhibit TT:  Deposition of Derek Scott
Exhibit UU:  Deposition of Jennifer Mazer
Exhibit VV:  Deposition of Aimee Ross
Exhibit WW:  Deposition of Winifred Burton
Exhibit XX:  Deposition of Allison Chance
Exhibit YY:  Deposition of Suzanne Dunlevy
Exhibit ZZ:  Deposition of Janine Justice
Exhibit AAA: Deposition of Theresa Kiernan
Exhibit BBB: Deposition of Dalila Gill
Exhibit CCC: Deposition of Denise Augustine
Exhibit DDD: Deposition of Jane Jakab Smith
Exhibit EEE: Deposition of Bret Pearce
Exhibit FFF: Deposition of Marianne Truax
```