## List of Past Cases Involving Deposition and/or Trial

1. Labor Ready Inc. v. Gates, McDonald & Co. and Legion Insurance Co.
   Federal Court, Tallahassee, Florida
   Civil Action No.: 99-137-Civ.K020C

2. Employers of Wausau v. Latex Construction Co.
   Federal Court, Northern District of Georgia
   Civil Action No. 1:01-CV-1909

3. Kevin Buote and Kimberly Buote v. Verizon New England and Bell Atlantic Communications, Inc., U. S. District Court, District of Vermont
   Docket # 2:00-CV-475

4. Bankers Standard Insurance Co. v Mathog & Maniello Company, Inc. Superior Court of Connecticut, J. D. of New Haven at New Haven
   CV-99-0432426S

5. Liberty Mutual Insurance Company v. Percisionaire, Inc. United States District Court, Middle District of Florida, Tampa Division
   Case No.: 8:00CF1971-T-26F

6. Star Insurance Company, et al. v. Risk Marketing Group, Inc. et al.
   United States District Court for the Eastern District of Michigan, Southern Division - Case No. 02-73128, Honorable Bernard A. Friedman

7. Deep East Texas Self Insurance Fund v. Cunningham Lindsey Claim Management, Inc. In the County Court at Law No. 2, Smith County, Texas
   Cause No. 47,646-A

8. National Retain Systems, Inc. v. American Protection Insurance Company
   United States District Court for the District of New Jersey
   Civil Action No. 2:05-cv-914 (FSH) (PS)

1



Exhibit V